UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60840-BB

NADIA SALEH,

    Plaintiff,
v.

RNC COLLECTIONS, INC., d/b/a
COMMERCIAL RECOVERY SERVICES

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice. *See* ECF No. [8]. It is **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED WITH PREJUDICE**. Any pending deadlines are **TERMINATED**. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida this 18th day of May, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record